

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00750-CV

**IN THE INTEREST OF W.M.T.K.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0141-CV
Honorable William Old, Judge Presiding

# O R D E R

Appellant's brief was due January 7, 2015. Neither the brief nor a motion for extension of time was filed.

We therefore **order** appellant, Lucas James Knight, to file, by **January 23, 2015,** his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court